UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  22-09401 |
| Marvin Lemarr Hodo | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Confirming Plan**

　　The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 28, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

　　　　　　　　　　　　　　　　　　　　　Honorable A. Benjamin Goldgar
Dated:  October 28, 2022　　　　　　　　　United States Bankruptcy Judge